HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Phone: 916-498-5700
Fax: 916-498-5710
Megan_Hopkins@fd.org

Counsel for Defendant
MIA ROBICHAUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MIA ROBICHAUD,<br><br>               Defendant. | NO. 3:24-po-00147-DMC<br><br>**NOTICE OF APPEAL TO THE DISTRICT COURT PURSUANT TO FED. R. CRIM. P. 58(g)(2)(B)** |

PLEASE TAKE NOTICE that defendant, MIA ROBICHAUD, pursuant to Federal Rule of Criminal Procedure 58(g)(2)(B), appeals her conviction on August 8, 2025, by the Honorable Dennis M. Cota, United States Magistrate Judge, to the District Court.

Dated: August 22, 2025                                Respectfully submitted,

                                                         HEATHER E. WILLIAMS
                                                         Federal Defender

                                                         */s/ Megan T. Hopkins*
                                                         MEGAN T. HOPKINS
                                                         Assistant Federal Defender
                                                          Counsel for Defendant
                                                         MIA ROBICHAUD