HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Megan_Hopkins@fd.org

Counsel for Appellant
MIA ROBICHAUD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MIA ROBICHAUD,<br><br>　　　　　Defendant. | No. Cr. 2:25-cr-00201-DJC<br><br>**STIPULATION TO AMEND BRIEFING SCHEDULE AND HEARING DATE; ORDER**<br><br>Judge:　Honorable Daniel J. Calabretta<br>Date:　　April 9, 2026<br>Time:　　9:00 a.m. |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Charles Campbell, Special Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, attorneys for Appellant Mia Robichaud, that an amended appellate briefing schedule be set as follows:

　　Appellant Brief:　　　　　　January 15, 2026
　　Government Opposition:　　March 19, 2026
　　Appellant Reply:　　　　　　April 2, 2026

The parties further request that the hearing date be continued to April 9, 2026, at 9:00 a.m. or as soon thereafter as is practicable. This request is made to permit the parties sufficient time to obtain and review all transcripts and conduct necessary research into novel issues arising from

trial in this matter. The parties agree that the proposed schedule will allow sufficient time for briefing while not infringing upon other obligations in each party's existing and anticipated caseload.

Dated:  September 9, 2025              HEATHER E. WILLIAMS
                                                                        Federal Defender

                                                                        */s/ Megan T. Hopkins*
                                                                        MEGAN T. HOPKINS
                                                                        Assistant Federal Defender
                                                                        Attorney for Defendant
                                                                        MIA ROBICHAUD

Dated:  September 9, 2025              ERIC GRANT
                                                                        United States Attorney

                                                                        */s/ Charles Campbell*
                                                                        CHARLES CAMPBELL
                                                                        Assistant United States Attorney
                                                                        Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation by the parties, and good cause appearing therefor, it is hereby ordered that the briefing schedule and hearing date be amended as set forth in the parties' stipulation.

Dated:  September 10, 2025                    /s/ Daniel J. Calabretta
                                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                                  UNITED STATES DISTRICT JUDGE