| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CAROLYN M. WIGGIN, #182732 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| | Megan_Hopkins@fd.org |
| 5 | |
| | Counsel for Appellant |
| 6 | MIA ROBICHAUD |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. 2:25-cr-00201-DJC |
| Plaintiff, | **STIPULATION TO AMEND BRIEFING SCHEDULE AND HEARING DATE; ORDER** |
| v. | |
| MIA ROBICHAUD, | Judge: Honorable Daniel J. Calabretta |
| Defendant. | Date:  June 4, 2026 |
| | Time:  9:00 a.m. |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Charles Campbell, Special Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Carolyn M. Wiggin, attorneys for Appellant Mia Robichaud, that an amended appellate briefing schedule be set as follows:

| | |
|---|---|
| Appellant Brief: | April 2, 2026 |
| Government Opposition: | May 7, 2026 |
| Appellant Reply: | May 28, 2026 |

The parties further request that the hearing date be continued to June 4, 2026, at 9:00 a.m. or as soon thereafter as is practicable. This request is made to permit the parties sufficient time to obtain and review all transcripts and conduct necessary research into novel issues arising from

trial in this matter. The parties agree that the proposed schedule will allow sufficient time for briefing while not infringing upon other obligations in each party's existing and anticipated caseload.

Dated:  December 18, 2025

HEATHER E. WILLIAMS
Federal Defender

*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for Defendant
MIA ROBICHAUD

Dated: December 18, 2025

ERIC GRANT
United States Attorney

*/s/ Charles Campbell*
CHARLES CAMPBELL
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation by the parties, and good cause appearing therefor, it is hereby ordered that the briefing schedule and hearing date be amended as set forth in the parties' stipulation.

Dated:  December 18, 2025          /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE